UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-54-KDB

| | |
|---|---|
| YOLANDA TURNER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. No. 2).[1]

In this matter, Plaintiff is seeking review of a final determination denying a claim for disability benefits under the Social Security Act. See (Doc. No. 1).

The Court has considered Plaintiff's Application, which shows that Plaintiff has had an average of $2,861 in income for the past 12 months, consisting of $1,560 from her employment, $200 to $300 in gifts, $579 in Section 8 housing assistance, and $422 in food stamps. (Doc. No. 2 at 1-2). She expects $2,760 in income next month, consisting of $1,560 from her employment, $200-300 in gifts, $900 in Section 8 housing assistance, and no food stamps.[2] (Id.). As assets, the Plaintiff has $4,004 in bank accounts, and three motor vehicles worth a total of $8,500. (Id. at 2-3). Three minor children rely on the Plaintiff for support: a 17-year-old son, a 15-year-old daughter, and a six-year-old niece. (Id. at 3). The Plaintiff's monthly expenses total $3,560, including $1,100 for housing, $410 for utilities, $500 for food, $100 for home maintenance, $200 for recreation,

---

[1] Plaintiff's Application applies only to the filing and service fees, as Plaintiff is represented by counsel.

[2] The Application states "food stamps canceled." (Doc. No. 2 at 2).

1

$200 for transportation, and $200 for motor vehicle insurance. (Id. at 4-5). Plaintiff does not expect any major changes to her monthly income, expenses, assets, or liabilities during the next 12 months. (Id. at 5). Plaintiff expects to pay her attorney 25% of past-due benefits in conjunction with this lawsuit. (Id.). She further explains her inability to pay the costs of these proceedings as follows: "Plaintiff has attempted multiple jobs, which end after a few months due to her disabilities. Son's SSI recently ended. Her mom gives $200-300 per month to assist with household costs. Plaintiff has 3 cars registered in her name, but 2 are for her children's use. Plaintiff's monthly expenses exceed her monthly income. She plans to use her tax refund (deposited to savings account) to catch up on bills."[3] (Id.).

The Court is not satisfied that the Plaintiff lacks sufficient funds with which to pay the filing fee. The Plaintiff has more than $4,000 in bank accounts and three motor vehicles. She has failed to adequately explain why her 15-year-old daughter and 17-year-old son need vehicles, to justify the cost of the vehicles and their related expenses. Nor does she explain why she no longer receives food stamps. Therefore, Plaintiff's Application will be denied without prejudice for Plaintiff to either pay the filing fee or more fully explain his inability to pay the costs of these proceedings.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. No. 2), is **DENIED** without prejudice to pay the filing fee or refile an Application within **20 days** of this Order.

(2) If Plaintiff fails to timely comply with this Order, the Complaint will be dismissed without prejudice and this case will be closed without further notice.

---

[3] The Plaintiff does not identify the bills she owes or the amounts that are outstanding.

Signed: May 16, 2022

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge